# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-16-00530-CR
NO. 03-16-00531-CR
NO. 03-16-00532-CR

**The State of Texas, Appellant**

**v.**

**Sarah Christine Padon, Appellee**

**FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
NOS. CR2013-268, CR2013-269 & CR2013-270
HONORABLE JACK H. ROBISON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The State of Texas filed notices of appeal in the above causes from an order suppressing blood test results in three related trial court proceedings. The State has filed a motion to consolidate its accelerated appeals in the interest of judicial efficiency.

We grant the State's motion and consolidate its appeals. The record and all filings from cause numbers 03-16-00530-CR and 03-16-00532-CR are consolidated into cause number 03-16-00532-CR. The consolidated appeal will proceed under cause number 03-16-00532-CR, and cause numbers 03-16-00530-CR and 03-16-00531-CR are dismissed. *See Marcopoulos v. State*, No. 01-15-00318-CR, 2015 Tex. App. LEXIS 9583, at *2 (Tex. App.—Houston [1st Dist.] Sept. 10, 2015, no pet.) (mem. op., not designated for publication) (following similar consolidation

and dismissal procedure).  Briefing will proceed in accordance with the Texas Rules of Appellate

Procedure.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Bourland

03-16-00530-CR      Dismissed
03-16-00531-CR      Dismissed
03-16-00532-CR      Consolidated

Filed:   August 31, 2016

Do Not Publish